THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Claude Ray Watford,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-302
Submitted February 20, 2003  Filed 
 May 1, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal 
 Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin, of Columbia; for 
 Respondent.
 
 
 

PER CURIAM:  Claude Ray Watford was 
 indicted for accessory after the fact to murder.  Watford pled guilty and was 
 sentenced to six years imprisonment, suspended to one year imprisonment and 
 five years probation.  Watford appeals, arguing that the circuit court abused 
 its discretion in revoking his probation in part due to a failure to pay fees.  
 Counsel for Watford has filed a final brief and submitted a petition to be relieved 
 as counsel.[1]
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1]  
 We decide this case without oral argument pursuant to Rule 215, SCACR.